[Decided July 5, 1894.]

## WELCH *v.* CITY OF ASTORIA.

ASTOR LAND AND TRUST CO. *v.* CITY OF ASTORIA; HAMILTON REAL ESTATE CO. *v.* CITY OF ASTORIA.

[S. C. 40 Pac. 229.]

APPEAL from Clatsop: THOS. A. MCBRIDE, Judge.

All these cases are similar to the case of *Nancy Welch* v. *City of Astoria, ante,* p. 89, 37 Pac. 66, and were disposed of at the same time with that case, and on the same grounds. The complaint in each case was dismissed without prejudice.

---

[Decided July 5, 1894.]

## WARREN *v.* CITY OF ASTORIA.

WINGATE *v.* CITY OF ASTORIA; KINNEY *v.* CITY OF ASTORIA; LEINENWEBER *v.* CITY OF ASTORIA.

[S. C. 40 Pac. 229.]

APPEAL from Clatsop: FRANK J. TAYLOR, Judge.

These are all companion cases with *Welch* v. *City of Astoria, ante,* p. 89, 37 Pac. 66, and are dismissed because the complaints do not contain any allegation that the amount of the tax conceded to be due was tendered.